IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>                Plaintiff,<br><br>  v.<br><br>OONI, INC.<br><br>                Defendant. | Case No. 3:22-cv-00218-SPM<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Eric Foreman filed the above-referenced case against Defendant Ooni, Inc. on February 4, 2022.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint with prejudice.

Dated: July 6, 2022                    Respectfully Submitted,

                                                  */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet
                                                    ben@nshmlaw.com
                                                    **NYE, STIRLING, HALE & MILLER, LLP**
                                                    1145 Bower Hill Road, Suite 104
                                                    Pittsburgh, Pennsylvania 15243
                                                    Phone: (412) 857-5350

                                                    *Attorneys for Plaintiff Eric Foreman*

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of July, 2022, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
