IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC FOREMAN,

        Plaintiff,

v.

OONI, INC.,

        Defendant.

Case No. 3:22-cv-00218-SPM

# JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiff's Notice of Dismissal filed July 6, 2022, (Doc. 16), against Defendant Ooni, Inc., this action is **DISMISSED with prejudice,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    DATED:   July 7, 2022.

                                       MONICA STUMP
                                       Clerk of Court

                                       By:  s/ *Jackie Muckensturm*
                                                Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                 STEPHEN P. MCGLYNN
                 U.S. District Judge